# Court of Appeals
# of the State of Georgia

ATLANTA,___August 15, 2013___

*The Court of Appeals hereby passes the following order:*

**A13A2277. FELIX MERIGILDO-OXLAJ v. THE STATE.**

Felix Merigildo-Oxlaj was convicted of trafficking in marijuana. Through counsel, he filed a timely motion for new trial, which was denied. His lawyer then filed a timely notice of appeal. The appeal has been docketed as Case No. A13A1898 and remains pending in this Court.

Merigildo-Oxlaj then filed a pro se motion for out-of-time appeal, stating that he believed no appeal had been filed. The trial court denied the motion, and Merigildo-Oxlaj filed a pro se notice of appeal from that ruling.

A criminal defendant does not have the right to represent himself while also being represented by an attorney. See *Pless v. State*, 255 Ga. App. 95 (564 SE2d 508) (2002). Because Merigildo-Oxlaj is currently represented by counsel in an appeal pending before this Court, his pro se notice of appeal is a nullity. See id. And because no valid notice of appeal has been filed, this Court is without jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_08/15/2013_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____, Clerk.